**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KELLY MANN,**                                                                                **PLAINTIFF**

**V.**                  **NO. 4:05CV7-P-D**

**DONALD CABANA, ET AL,**        **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTION FOR CERTIFICATE OF APPEALABILITY

This *pro se* § 1983 complaint was dismissed with prejudice on December 8, 2005. On December 19, 2005, plaintiff filed notice of appeal and a motion for a Certificate of Appealability (COA). A COA is used only in habeas corpus proceedings. See FRAP 22(b). Therefore, the motion does not apply to this 1983 case. Accordingly, the motion is **denied**.

**SO ORDERED** this the 27th day of December, 2005.

                                                          /s/ W. Allen Pepper, Jr.
                                                          W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE